USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/29/2026

Finazzo Cossolini
FINAZZO COSSOLINI O'LEARY MEOLA & HAGER, LLC

?50 Park Avenue, Suite 202
Florham Park, NJ 07932
Main (973) 343-4960
Fax (973) 343-4970
www.finazzolaw.com

New York Office
5 Penn Plaza, 23rd Fl.
New York, NY 10001
Main (646) 378-2033
Fax (646) 378-2001

**Jeremiah L. O'Leary, Esq.**
jeremiah.oleary@finazzolaw.com
Direct Dial: (973) 343-4963

July 29, 2026

**APPLICATION GRANTED:** **Defendant's client representative must be available for the duration of the proceeding.**

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.

07/29/2026

**VIA ECF**
Hon. Katharine H. Parker, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 17D
New York, New York 10007

**RE: LG Broadway Management, Inc. v. Employers Ins. Co. of Wausau**
**Civil Action No.: 1:25-cv-00583-MMG**

Dear Judge Parker:

This firm represents Defendant Employers Insurance Company of Wausau ("Defendant") in the above-referenced action. We write with the consent of Jay Levin, Esq., counsel for Plaintiff LG Broadway Management, Inc. ("Plaintiff"), to respectfully request in accordance with Rule V.f. of Your Honor's Individual Practices in Civil Cases that Defendant's client representative be permitted to appear and participate remotely at the August 11, 2026 Settlement Conference.

Defendant's representative, Marisa Jelicks, is based in Florida and has full authority to resolve the case. She has actively participated in numerous successful mediations, where this firm served as counsel for Defendant and affiliated companies, from her office in Florida. The parties, through counsel, have had continuing discussions in advance of the Settlement Conference regarding the resolution of this case and we are hopeful that with Ms. Jelicks' participation remotely from Florida, which is her strong preference given workload and logistical issues, we can efficiently get this matter resolved as we have with other cases with her in the past.

Thank you for the Court's consideration of this consented-to request.

Respectfully submitted,

*/s/ Jeremiah L. O'Leary*

JEREMIAH L. O'LEARY

cc: Jay Levin, Esq. (via ECF)
John Koch, Esq. (via ECF)